# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146944-5

HEATHER LYNN VISSER,
　　　　　Petitioner-Appellee,

v

DONOVAN J. VISSER,
　　　　　Respondent-Appellant.

SC: 146944-5
COA: 301864; 305900
Kent CC: 10-000897-PP

_____/

　　　　On order of the Court, the application for leave to appeal the December 18, 2012 judgment of the Court of Appeals is considered. We agree with the Court of Appeals that issues relating to the extensions of the personal protection order (PPO) are moot because there is no relief that can be granted, *B P 7 v Bureau of State Lottery*, 231 Mich App 356, 359 (1998), and the respondent has failed to identify any collateral consequences arising solely out of the length of time that the PPO was in effect. However, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we VACATE the remainder of the Court of Appeals opinion in this case because the issues relating to the initial granting of the PPO were not properly before the Court of Appeals where the respondent failed to seek appellate review of the original PPO. According to the Court of Appeals records, only the orders extending the PPO were appealed to that court. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2013



d0924

Clerk